JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO CORTEZ, | NO. CV 08-0184 DOC (FMO) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| F. B. HAWS, Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _August 9_, 2008.

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE